**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-01521-WJM-KMT

AMERICAN CRICKET PREMIER
LEAGUE, LLC,

        Plaintiff,

v.

USA CRICKET, a Colorado Non-Profit Corporation,
INTERNATIONAL CRICKET COUNCIL,
WILLOW TV, INC., PARAAG MARATHE,
AVINASH GAJE, VENU PISIKE,
ATUL RAI, NADIA GRUNY, ERIC PARTHEN,
and JOHN DOES 1-10,

        Defendants.

## DISCLOSURE STATEMENT

In compliance with Fed. R. Civ. P. 7.1 and D.C.COLO.LCivR 7.4, the undersigned, counsel of record for Defendant USA Cricket, certifies that USA Cricket is a non-profit corporation that has no parent corporation and has never issued any stock.

Respectfully submitted this 3rd day of July 2019.

        MORGAN, LEWIS & BOCKIUS LLP

        By: *s/Sujal J. Shah*
            Sujal J. Shah

        One Market
        Spear Street Tower
        San Francisco, CA  94105-1596
        Telephone:   +1.415.442.1000
        Facsimile:    +1.415.442.1001
        sujal.shah@morganlewis.com

        Attorneys for Defendants

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of July 2019, a true and correct copy of the foregoing **DISCLOSURE STATEMENT** was electronically filed and served via the CM/ECF system to the following:

Adam Jeremy Biegel, Esq.
Austin Allyn Burrows Ownbey, Esq.
Alston & Bird LLP
950 F Street NW
The Atlantic Building
Washington, DC 20004-1404
Email: adam.biegel@alston.com
austin.ownbey@alston.com
*Attorneys for Plaintiff American Cricket Premier League, LLC*

Christopher J. Borchert, Esq.
Karl Geercken, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Email: christopher.borchert@alston.com
karl.geercken@alston.com
*Attorneys for Plaintiff American Cricket Premier League, LLC*

James Edward Hartley, Esq.
Adam A. Hubbard, Esq.
Holland & Hart LP
1800 Broadway
One Boulder Plaza, Suite 300
Boulder, CO 80302
Email: jhartley@hollandhart.com
aahubbard@hollandhart.com
*Attorneys for Plaintiff American Cricket Premier League, LLC*

Stephen A. Hess, Esq.
SHERMAN & HOWARD L.L.C.
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903-4015
Telephone: (719) 475-2440
Facsimile: (719) 635-4576
E-Mail: shess@shermanhoward.com
*Attorneys for Defendant USA Cricket*

*s/Ellen Woodward*
Ellen Woodward